IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-00882-PAB-STV

MICHAEL W. DINNEN, an individual,

    Plaintiff,

v.

TIMOTHY KNEEN, an individual,
MICHAEL ROBERTS, an individual,
TIMOTHY FLAHERTY, an individual,
CARL VERTUCA, an individual, and
PdC, LLC, a Colorado LLC,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by United States District Judge Philip A. Brimmer on September 19, 2017 [Docket No. 84] and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's [sic] Motion to Dismiss Claims in Amended Complaint is GRANTED.   It is further

ORDERED that plaintiff's fourth and fifth claims for relief are dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).   It is further

ORDERED that plaintiff's first, second, third, sixth, seventh, and eighth claims for relief are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).   It is further

ORDERED that final judgment is hereby entered in favor of defendants Timothy Kneen, Michael Roberts, Timothy Flaherty, Carl Vertuca, and PdC, LLC and against plaintiff Michael W. Dinnen.   It is further

ORDERED that, within 14 days of the Court's order, defendants may have their costs by filing a bill of costs with the Clerk of the Court. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this   20th   day of September, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk